# JS-6

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. SACV 23-02114-CJC (DFMx)                Date:  February 15, 2024

Title: <u>GS HOLISTIC, LLC v. CASPER GROUPS INC., *et al.*</u>

PRESENT:

### **HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

<u>Rolls Royce Paschal</u>                    <u>     N/A     </u>
Deputy Clerk                         Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:        ATTORNEYS PRESENT FOR DEFENDANT:
None Present                                None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE**

Plaintiff GS Holistic, LLC filed this action on November 9, 2023.  (*See* Dkt. 1.)  In the over three months since, there has been no significant docket activity; namely, Plaintiff has not filed proofs of service as to any of the Defendants.  On February 8, 2024 the Court issued an order to show cause why this case should not be dismissed for lack of prosecution and directed Plaintiff to file a response by February 12, 2024.  (*See* Dkt. 10.)  Plaintiff did not respond and has demonstrated no interest in prosecuting its case.  Accordingly, this action is **DISMISSED WITHOUT PREJUDICE**.

lat

MINUTES FORM 11
CIVIL-GEN                                          Initials of Deputy Clerk RRP